IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANAIAH THEOPHILUS PETTY, :
ID # 984218, :
 :
    Plaintiff, :
 :
v. :
 :
SHERIFF OF NEWTON COUNTY :   CIVIL ACTION NO.
EZELL BROWN, :   1:18-CV-0827-AT
 :
    Defendant. :

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 5] that Plaintiff's Complaint be dismissed for failure to state a claim under 28 U.S.C. § 1915A.

No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED** for failure to state a claim under 28 U.S.C. § 1915A.

**IT IS SO ORDERED** this 11th day of May, 2018.

_____
**Amy Totenberg
United States District Judge**